

**Fox Rothschild LLP**
ATTORNEYS AT LAW

2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 251.299.2150
www.foxrothschild.com

ANDREW M. MACDONALD
Direct No: 215.444.7174
Email: AMacDonald@FoxRothschild.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  March 21, 2022
```

March 18, 2022

**MEMO ENDORSED**

**VIA E-FILING**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   **Status Report & Joint Request for Stay**
      **Building Service 32BJ Health Fund, et al. v. Shamrock of New England, Inc.**
      **Case No. 1:21-cv-3562 (S.D.N.Y.) (ALC) (BCM)**

Judge Carter:

      This firm represents Defendant Shamrock of New England, Inc. ("Shamrock") in the above-referenced action.

      Shamrock and Plaintiffs Building Service 32BJ Health Fund, Building Services 32BJ Legal Services Fund, and Building Services 32BJ Thomas Shortman Training, Safety and Scholarship Fund ("Plaintiffs") (collectively, Shamrock and Plaintiffs are the "Parties") jointly filed a letter-motion on February 16, 2022 requesting a stay of proceedings for thirty (30) days to allow for the Parties to engage in settlement discussions. Your honor granted that request and requested a status report no later than March 21, 2022 regarding the progress of negotiations.

      The Parties are engaged in settlement negotiations and have exchanged a comprehensive draft settlement agreement. Specifically, the Parties are in the process of negotiating financial terms of the agreement and identifying the specific documents that Shamrock will provide to the Funds so that the Funds' audit can be completed. A key aspect of this dispute is the Funds' claim for the production of Company books and records for the Funds' audit of Shamrock. The goal of the Parties is to memorialize the specific documents that Shamrock will produce to the Funds, so that we will avoid future disputes over document production and reduce the likelihood of the need for future judicial intervention.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington

131907867.1



The Honorable Andrew L. Carter, Jr.
February 16, 2022
VIA E-FILING
Page 2

      Accordingly, the Parties request an additional stay of twenty-one (21) days to finalize the settlement agreement. This is the Parties' second request for a stay.

                                  Very truly yours,

                                  Andrew M. MacDonald[1]

cc:    Hon. Andrew L. Carter, Jr. (ALCarterNYSDChambers@nysd.uscourts.gov)
        Ira A. Sturm (isturm@rsgllp.com)
        Andrew MacDonald (amacdonald@foxrothschild.com)

**Application GRANTED.**
SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated: March 21, 2022**

---

[1] This letter is being filed by my New York colleague, Neil A. Capobianco.

1319978671