

**Fox Rothschild LLP**
ATTORNEYS AT LAW

2000 Market Street
20th Floor
Philadelphia, PA  19103-3222
Tel 215.299.2000  Fax 251.299.2150
www.foxrothschild.com

ANDREW M. MACDONALD
Direct No: 215.444.7174
Email: AMacDonald@FoxRothschild.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __May 12, 2022__

May 10, 2022

**MEMO ENDORSED**

**VIA E-FILING**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**Re:    Status Report & Joint Request for Stay**
         **Building Service 32BJ Health Fund, et al. v. Shamrock of New England, Inc.**
         **Case No. 1:21-cv-3562 (S.D.N.Y.) (ALC) (BCM)**

Judge Carter:

   This firm represents Defendant Shamrock of New England, Inc. ("Shamrock") in the above-referenced action.

   Shamrock and Plaintiffs Building Service 32BJ Health Fund, Building Services 32BJ Legal Services Fund, and Building Services 32BJ Thomas Shortman Training, Safety and Scholarship Fund ("Plaintiffs") (collectively, Shamrock and Plaintiffs are the "Parties") jointly filed a letter-motion on February 16, 2022 requesting a stay of proceedings for thirty (30) days to allow for the Parties to engage in settlement discussions.  Your honor granted that request and requested a status report no later than March 21, 2022 regarding the progress of negotiations.  By letter dated March 18, 2022, the Parties provided a status report and requested additional time to continue negotiations.  Then, by letter-motion dated April 11, 2022, the Parties requested an additional thirty (30) days to continue negotiations.

   As of the date of this letter, the Parties remain engaged in settlement negotiations.  To that end, Shamrock has provided the Funds' auditor with many of the documents they seek to conclude its audit.  As stated in our prior letters to the Court, a key aspect of this dispute is the Funds' claim for the production of Company books and records for the Funds' audit of Shamrock, which spans many years dating back to 2013.  As a show of good faith and to avoid future disputes over document production, Shamrock has produced the documents for the auditor's review while we continue to engage in settlement discussions.  In addition, and as reported before, the Parties have exchanged a comprehensive written settlement agreement.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Washington

133914783.1



The Honorable Andrew L. Carter, Jr.
May 10, 2022
VIA E-FILING
Page 2

Accordingly, the Parties request an additional stay of sixty (60) days to finalize the settlement agreement. This is the Parties' fourth request for a stay.

Very truly yours,

*/s/ Andrew M. MacDonald*
Andrew M. MacDonald[1]

cc: Hon. Andrew L. Carter, Jr. (ALCarterNYSDChambers@nysd.uscourts.gov)
Ira A. Sturm (isturm@rsgllp.com)
Andrew MacDonald (amacdonald@foxrothschild.com)

Application **GRANTED**. The parties shall file another joint status report no later than July 11, 2022.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Date**: May 12, 2022

---

[1] This letter is being filed by my New York colleague, Neil A. Capobianco.

133914783.1