UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES
FUND, and BUILDING SERVICE 32BJ THOMAS
SHORTMAN TRAINING, SAFETY AND
SCHOLARSHIP FUND,

                Plaintiffs,

                                                    21-CV-3562 (ALC)

  -against-

                                                      **ORDER**

SHAMROCK OF NEW ENGLAND, INC.

                Defendant.
-------------------------------------------------------------------X

**The Hon. Andrew L. Carter, Jr., United States District Judge:**

      The Court is in receipt of the Parties' Stipulation of Voluntary Dismissal (ECF No. 36.) The Parties are directed to refile the document with a corrected date of July 25, 2022 (or the date on which they refile the stipulation) as the agreement is currently dated August 28, 2017.

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated: July 28, 2022**